UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH THOMPSON,** *pro se*,

    **Plaintiff,**

v.                         CASE NO: 8:09-CV-585-T-30TBM

**OFFICER M. SKINNER, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order to Show Cause was entered on November 6, 2009 (Dkt. #20) which required the Plaintiff to show cause, in writing, on or before November 12, 2009, why this action should not be dismissed for failure to comply with the Court's October 1, 2009 Order. Plaintiff has failed to file a response. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 23, 2009.

                                                   JAMES S. MOODY, JR.
                                                   UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

*F:\Docs\2009\09-cv-585.dismissal.wpd*